**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-30298**
**Summary Calendar**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**ALVIN FORD,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court**
**for the Western District of Louisiana**
**(No.96-CV-375)**
_____

November 29, 1996

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Alvin Ford, federal prisoner # 60815-079, appeals the district court's denial of his 28 U.S.C. § 2255 motion. He contends, as he did on direct appeal, that the search of his brother, Darryl Gillard, was illegal and that the admission of evidence obtained in that search at his trial rendered his trial unfair. We find no error. _See **United States v. Ford**_, No. 96-375 (W.D. La. Mar. 11, 1996) (unpublished). We further hold that Ford's appeal is frivolous and dismiss it pursuant to 5th Cir. R. 42.2.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We caution Ford that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Ford is further cautioned to review any pending appeals to ensure that they do not raise frivolous arguments.

*APPEAL DISMISSED; SANCTIONS WARNING ISSUED*